IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **09-cr-152-JLK**

**UNITED STATES OF AMERICA,**

Plaintiff,

v.

**1.     MILTON URIZAR-RIVERA,**

Defendant.

---

**MINUTE ORDER
SETTING TRIAL DATE AND OTHER DEADLINES**

---

Judge John L. Kane **ORDERS**

All pretrial motions in this matter are due on or before **May 5, 2009;** responses to

these motions are due **May 19, 2009**.  It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary

motions, if any, and **Final Trial Preparation Conference** is set for **June 12, 2009, at**

**9:30 a.m.**  If counsel believe evidentiary motions are necessary, a separate hearing date

should be requested.  It is

FURTHER ORDERED that a **4-day jury trial** is set for **June 15, 2009 at 9:00**

**a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated:  April 14, 2009